UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DERRIUS BURNS | No. 23 CR 307-2<br><br>Judge Matthew F. Kennelly |

**AMENDED PROTECTIVE ORDER GOVERNING DISCOVERY
AS TO DERRIUS BURNS**

Upon the motion of the government, pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a)(1) and (8), it is hereby ORDERED:

1. The Protective Order Governing Discovery in this case, entered on August 2, 2023 (R. 51), is now modified as it pertains to defendant DERRIUS BURNS only, as follows.

    a. Any materials provided to defense counsel for defendant BURNS identified by the government as § 3500 material, or for "attorney's eyes only," may, in preparation for trial, now be labeled and treated as "sensitive materials" by defense counsel for BURNS.

    b. Such sensitive materials may be utilized by defense counsel to share with investigators, or persons hired or consulted to assist in the defense of the case. Such sensitive materials may also be further discussed with and shared with defendant BURNS in preparation for trial.

    c. In the event defense counsel for defendant BURNS determines that certain sensitive materials should be available for further review by defendant

BURNS at the MCC, defense counsel will first notify the government in that regard. (Defense counsel advised on July 8, 2024 that the entirety of the materials produced by the government in discovery are to be available for BURNS to review.)

        d.    Following such notification, defense counsel for defendant BURNS will leave the sensitive materials with a predesignated staff member at the MCC. The sensitive materials may then be reviewed by defendant BURNS at a designated reviewing location at the MCC but may not be copied or taken with him in any manner when he leaves the designated reviewing location at the MCC.

        e.    Any non-sensitive or sensitive materials in this case will not be accessible to any other inmates at the MCC, or any other institution defendant BURNS is detained at, while and/or after this case is pending.

        f.    In all other respects, the protective order entered in this case on August 2, 2023 (R. 51) shall remain in effect.

        g.    Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

        ENTER:

_____
Matthew F. Kennelly
District Court Judge
United States District Court
Northern District of Illinois

Date: July 8, 2024